**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                       Case No. 2:23-CR-14

Nalah T. Jackson

_____

## NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Indictment** is scheduled for **January 27, 2023** at **11:45 AM.** This hearing will be held before the **Honorable Norah McCann King**. Unless requested by the Defendant or Counsel for an in person hearing this hearing will be conducted by GoTo Meeting.

    ***\*\*\*Please find attached to this notice Waiver
    and Consent Forms which, if applicable, should
    be executed prior to the hearing date. Failure
    to execute forms may result in a continuance of
    this hearing.***

Dated January 20, 2023

                                      NORAH MCCANN KING
                                      UNITED STATES MAGISTRATE JUDGE

                                       _/s/ Spencer Harris_
                                      By: Spencer Harris, Courtroom Deputy
                                      614.719.3027
                                      [spencer_harris@ohsd.uscourts.gov](mailto:spencer_harris@ohsd.uscourts.gov)