# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:23-CR-014 |
| Plaintiff, | JUDGE MICHAEL H. WATSON |
| vs. | |
| **NALAH T. JACKSON,** | |
| Defendant. | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States, with the consent of defense counsel, respectfully moves for entry of an agreed-upon Protective Order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure. "Good cause" merits such an order to shield the privacy interests of third parties. Undersigned counsel have met and conferred with defense counsel, who agree with the language in Attachment 1 ("Proposed Protective Order").

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Noah R. Litton
NOAH R. LITTON (OH 0090479)
EMILY K. CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mails: Noah.Litton@usdoj.gov
Emily.Czerniejewski@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion for Protective Order was served this 28th day of March, 2023, electronically on all counsel of record.

s/Noah R. Litton
NOAH R. LITTON (OH 0090479)
Assistant United States Attorney
