UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**        Case No. 2:23-cr-14

**Nalah T. Jackson**

### COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | May 26, 2023 At 10:30 AM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Noah Litton |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Leticia Vazquez-Villa |

<u>Detention Hearing</u>

-Cheryl Beverly sworn in and testified on behalf of Defendant (appeared via GoTo meeting)
-Defendant's exhibit 1 admitted
-Government's exhibits 1, 2, and 3 admitted
-Court found there were no conditions of release that would reasonably assure Defendant's appearance and the safety of the community
-Dft remanded