# Federal Clients on Bond Rarely Flee or Recidivate (2016-2021 Data)



- Release Rates: 19.97% (10 Districts with Lowest Release Rates); 64.14% (10 Districts with Highest Release Rate)
- Rearrest Rate (Felony, Misd): 0.80%; 1.14%
- Failure-to-Appear Rate: 1.59%; 1.07%

■ 10 Districts with Lowest Release Ratess   ■ 10 Districts with Highest Release Rate

© 2022 UChicago Federal Criminal Justice Clinic, Freedom Denied Study

Sources:
AO Table H-14, 9/30/16 - 9/30/21
AO Table H-15, 12/31/16 - 12/31/20, 6/30/21



DEFENDANT'S EXHIBIT



**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2021**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations | | | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Felony | Misdemeanor | Other | | | |
| 6TH | 12,843 | 4,970 | 38.7 | 807 | 16.2 | 44 | 38 | 5 | 54 | 759 | 1,339 |
| KY,E | 1,056 | 282 | 26.7 | 28 | 9.9 | 1 | 2 | 0 | 6 | 25 | 31 |
| KY,W | 838 | 342 | 40.8 | 37 | 10.8 | 5 | 4 | 0 | 3 | 36 | 79 |
| MI,E | 2,291 | 1,166 | 50.9 | 235 | 20.2 | 5 | 4 | 1 | 3 | 235 | 428 |
| MI,W | 643 | 210 | 32.7 | 47 | 22.4 | 1 | 7 | 0 | 2 | 39 | 65 |
| OH,N | 2,305 | 982 | 42.6 | 74 | 7.5 | 2 | 3 | 1 | 33 | 60 | 96 |
| OH,S | 1,876 | 922 | 49.1 | 152 | 16.5 | 0 | 0 | 1 | 1 | 150 | 247 |
| TN,E | 1,682 | 359 | 21.3 | 36 | 10.0 | 3 | 1 | 0 | 2 | 34 | 39 |
| TN,M | 911 | 302 | 33.2 | 89 | 29.5 | 23 | 13 | 1 | 2 | 78 | 163 |
| TN,W | 1,241 | 405 | 32.6 | 109 | 26.9 | 4 | 4 | 1 | 2 | 102 | 191 |
| 7TH | 8,155 | 3,312 | 40.6 | 700 | 21.1 | 36 | 46 | 5 | 46 | 670 | 1,336 |
| IL,N | 3,107 | 1,499 | 48.2 | 296 | 19.7 | 21 | 26 | 2 | 9 | 284 | 669 |
| IL,C | 822 | 226 | 27.5 | 43 | 19.0 | 1 | 0 | 0 | 2 | 42 | 70 |
| IL,S | 680 | 277 | 40.7 | 77 | 27.8 | 4 | 2 | 1 | 2 | 75 | 126 |
| IN,N | 951 | 298 | 31.3 | 36 | 12.1 | 1 | 3 | 0 | 4 | 33 | 38 |
| IN,S | 1,411 | 481 | 34.1 | 116 | 24.1 | 0 | 0 | 0 | 3 | 117 | 201 |
| WI,E | 858 | 434 | 50.6 | 111 | 25.6 | 7 | 13 | 2 | 8 | 100 | 196 |
| WI,W | 326 | 97 | 29.8 | 21 | 21.6 | 2 | 2 | 0 | 18 | 19 | 36 |
| 8TH | 14,168 | 4,737 | 33.4 | 1,421 | 30.0 | 100 | 100 | 15 | 86 | 1,324 | 3,199 |
| AR,E | 2,026 | 864 | 42.6 | 275 | 31.8 | 29 | 18 | 1 | 45 | 245 | 530 |
| AR,W | 568 | 129 | 22.7 | 15 | 11.6 | 0 | 0 | 0 | 1 | 14 | 20 |
| IA,N | 720 | 214 | 29.7 | 70 | 32.7 | 3 | 9 | 0 | 12 | 64 | 93 |
| IA,S | 1,157 | 255 | 22.0 | 82 | 32.2 | 2 | 5 | 2 | 3 | 79 | 127 |
| MN | 923 | 410 | 44.4 | 86 | 21.0 | 10 | 11 | 1 | 4 | 75 | 134 |
| MO,E | 3,143 | 936 | 29.8 | 424 | 45.3 | 15 | 4 | 8 | 5 | 411 | 1,569 |
| MO,W | 2,447 | 644 | 26.3 | 166 | 25.8 | 16 | 19 | 2 | 0 | 155 | 330 |
| NE | 1,151 | 450 | 39.1 | 84 | 18.7 | 11 | 10 | 0 | 3 | 76 | 103 |
| ND | 892 | 377 | 42.3 | 87 | 23.1 | 2 | 0 | 0 | 3 | 85 | 95 |
| SD | 1,141 | 458 | 40.1 | 132 | 28.8 | 12 | 24 | 1 | 10 | 120 | 198 |
| 9TH | 35,973 | 13,470 | 37.4 | 2,644 | 19.6 | 98 | 103 | 4 | 283 | 2,427 | 4,146 |
| AK | 490 | 185 | 37.8 | 49 | 26.5 | 0 | 0 | 0 | 0 | 47 | 74 |
| AZ | 9,218 | 2,119 | 23.0 | 517 | 24.4 | 16 | 15 | 2 | 77 | 485 | 668 |
| CA,N | 1,962 | 1,183 | 60.3 | 200 | 16.9 | 0 | 0 | 0 | 6 | 199 | 361 |
| CA,E | 2,020 | 727 | 36.0 | 44 | 6.1 | 2 | 4 | 0 | 3 | 36 | 51 |
| CA,C | 6,307 | 2,310 | 36.6 | 316 | 13.7 | 26 | 25 | 2 | 56 | 267 | 471 |
| CA,S | 8,745 | 3,504 | 40.1 | 891 | 25.4 | 35 | 35 | 0 | 109 | 797 | 1,482 |
| HI | 582 | 304 | 52.2 | 41 | 13.5 | 0 | 0 | 0 | 1 | 40 | 61 |
| ID | 717 | 244 | 34.0 | 41 | 16.8 | 2 | 3 | 0 | 6 | 37 | 59 |
| MT | 709 | 286 | 40.3 | 69 | 24.1 | 6 | 8 | 0 | 0 | 66 | 76 |
| NV | 1,463 | 534 | 36.5 | 77 | 14.4 | 0 | 3 | 0 | 7 | 67 | 88 |
| OR | 1,544 | 911 | 59.0 | 208 | 22.8 | 4 | 3 | 0 | 7 | 202 | 389 |
| WA,E | 693 | 278 | 40.1 | 74 | 26.6 | 3 | 3 | 0 | 3 | 71 | 157 |
| WA,W | 1,375 | 769 | 55.9 | 97 | 12.6 | 4 | 3 | 0 | 8 | 93 | 169 |
| GUAM | 108 | 81 | 75.0 | 15 | 18.5 | 0 | 1 | 0 | 0 | 15 | 23 |
| NM,I | 40 | 35 | 87.5 | 5 | 14.3 | 0 | 0 | 0 | 0 | 5 | 17 |

Table H-14A.
U.S. District Courts ---- Pretrial Services Release and Detention, Excluding Immigration Cases
For the 12-Month Period Ending September 30, 2021

| Circuit and District | Cases[1] | Detained and Never Released[2] | | Released[3] | |
|---|---|---|---|---|---|
| | | Total | Pct. | Total | Pct. |
| 6TH | 4,462 | 2,479 | 55.6 | 1,983 | 44.4 |
| KY,E | 312 | 197 | 63.1 | 115 | 36.9 |
| KY,W | 255 | 137 | 53.7 | 118 | 46.3 |
| MI,E | 735 | 297 | 40.4 | 438 | 59.6 |
| MI,W | 295 | 184 | 62.4 | 111 | 37.6 |
| OH,N | 951 | 490 | 51.5 | 461 | 48.5 |
| OH,S | 655 | 271 | 41.4 | 384 | 58.6 |
| TN,E | 617 | 502 | 81.4 | 115 | 18.6 |
| TN,M | 217 | 144 | 66.4 | 73 | 33.6 |
| TN,W | 425 | 257 | 60.5 | 168 | 39.5 |
| 7TH | 2,333 | 1,262 | 54.1 | 1,071 | 45.9 |
| IL,N | 687 | 293 | 42.6 | 394 | 57.4 |
| IL,C | 277 | 191 | 69.0 | 86 | 31.0 |
| IL,S | 266 | 126 | 47.4 | 140 | 52.6 |
| IN,N | 299 | 187 | 62.5 | 112 | 37.5 |
| IN,S | 502 | 344 | 68.5 | 158 | 31.5 |
| WI,E | 242 | 99 | 40.9 | 143 | 59.1 |
| WI,W | 60 | 22 | 36.7 | 38 | 63.3 |
| 8TH | 5,184 | 3,189 | 61.5 | 1,995 | 38.5 |
| AR,E | 402 | 164 | 40.8 | 238 | 59.2 |
| AR,W | 144 | 89 | 61.8 | 55 | 38.2 |
| IA,N | 310 | 185 | 59.7 | 125 | 40.3 |
| IA,S | 392 | 275 | 70.2 | 117 | 29.8 |
| MN | 357 | 149 | 41.7 | 208 | 58.3 |
| MO,E | 1,452 | 1,018 | 70.1 | 434 | 29.9 |
| MO,W | 717 | 487 | 67.9 | 230 | 32.1 |
| NE | 497 | 286 | 57.5 | 211 | 42.5 |
| ND | 353 | 207 | 58.6 | 146 | 41.4 |
| SD | 560 | 329 | 58.8 | 231 | 41.3 |
| 9TH | 10,286 | 4,993 | 48.5 | 5,293 | 51.5 |
| AK | 152 | 76 | 50.0 | 76 | 50.0 |
| AZ | 1,849 | 793 | 42.9 | 1,056 | 57.1 |
| CA,N | 526 | 182 | 34.6 | 344 | 65.4 |
| CA,E | 421 | 235 | 55.8 | 186 | 44.2 |
| CA,C | 1,103 | 458 | 41.5 | 645 | 58.5 |
| CA,S | 3,879 | 2,338 | 60.3 | 1,541 | 39.7 |
| HI | 149 | 53 | 35.6 | 96 | 64.4 |
| ID | 253 | 149 | 58.9 | 104 | 41.1 |
| MT | 248 | 103 | 41.5 | 145 | 58.5 |
| NV | 345 | 168 | 48.7 | 177 | 51.3 |
| OR | 439 | 166 | 37.8 | 273 | 62.2 |
| WA,E | 217 | 120 | 55.3 | 97 | 44.7 |
| WA,W | 651 | 141 | 21.7 | 510 | 78.3 |
| GUAM | 32 | 9 | 28.1 | 23 | 71.9 |
| NM,I | 22 | 2 | 9.1 | 20 | 90.9 |