IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CRIMINAL DIVISION

| | | |
|---|---|---|
| State Of Ohio, | : | TERMINATION NO. 13 |
| Plaintiff, | : | |
| vs. | : | Case No. 23CR 471 |
| Nalah T. Jackson | : | Judge Held Phipps, Karen |
| Defendant, | : | |

## JUDGMENT ENTRY
### (Community Control)

On April 18, 2023, the State of Ohio was represented by Assistant Prosecuting Attorney Salomon E. Gicherman and the Defendant was represented by Attorney Priya Tamilarasan. The Defendant, after being advised of his rights pursuant to Crim. R. 11, entered a plea of guilty **to the stipulated lesser included offense ofCount One** of the Indictment, to wit: **Attempted Receiving Stolen Property,** a violation of Section 2923.02 as it relates to Section 2913.51 of the Ohio Revised Code, a Felony of the Fifth degree and to **Count Two** of the Indictment, to wit: **Grand Theft of a Motor Vehicle**, a violation of Section 2913.02 of the Ohio Revised Code, a Felony of the Fourth degree.

The Court found the Defendant guilty of the charge to which the plea was entered.

The Court proceeded immediately to sentencing.

On April 18, 2023, a sentencing hearing was held pursuant to R.C. 2929.19. The State of Ohio was represented by Assistant Prosecuting Attorney Salomon E. Gicherman and the Defendant was represented by Attorney Priya Tamilarasan. The Assistant Prosecuting Attorney and the Defendant's attorney did recommend a sentence.

The Court afforded counsel an opportunity to speak on behalf of the Defendant and addressed the Defendant personally affording Defendant an opportunity to make a statement on Defendant's own behalf in the form of mitigation and to present information regarding the existence or non-existence of the factors the Court has considered and weighed.

The Court has considered the purposes and principles of sentencing set forth in R.C. 2929.11 and the factors set forth in R.C. 2929.12. In addition, the Court has weighed the factors as set forth in the applicable provisions of R.C. 2929.13 and R.C. 2929.14. The Court further finds that a prison term is not mandatory pursuant to R.C. 2929.13(F).

The Court hereby imposes a period of Community Control for **Ninety (90) days**. The Defendant shall be placed on **Non-Reporting / Direct Placement.** In addition to the provisions of R.C. 2951.02 and the general requirements of the Franklin County Department of Community

Control, as authorized by the Common Pleas Court and as given to the Defendant in writing, the Court imposes the following Community Control Sanctions (See R.C. 2929.15, R.C. 2929.16 and R.C. 2929.17.):

1. **Defendant shall serve a sole sanction of Ninety (90) days** at the **Franklin County Corrections Center minus Seventy (70) days of jail time credit.**

The Court has considered the Defendant's present and future ability to pay a fine and financial sanctions and, pursuant to R.C. 2929.18, hereby renders judgment for the following fine and/or financial sanctions: **No fine or court costs imposed. Defendant is declared indigent. Defendant shall pay restitution in the amount of $500.00 to the victim.**

After the imposition of Community Control, the Court, pursuant to R.C. 2929.19(B)(5) notified the Defendant, orally and in writing, what could happen if Defendant violates Community Control. The Court further indicated that if the Defendant violates Community Control Defendant will receive a prison term of receive a prison term of Twelve (12) months as to Count One and Eighteen (18) months as to Count Two to be served concurrently to each other at the Ohio Departmentof Rehabilitation and Correction.

The Court finds that the Defendant has **Seventy (70) days** of jail time credit and hereby certifies the time to the Ohio Department of Corrections and the Franklin County Corrections Center.

**Held Phipps, Karen, JUDGE**

**Copies to:**
Prosecuting Attorney:
Counsel for Defendant:
Case No. 23CR 471

Court Disposition

Case Number: 23CR000471

Case Style: STATE OF OHIO -VS- NALAH T JACKSON

Case Terminated: 13 - Guilty or No Contest Plea to Reduced Charge

Final Appealable Order: No