**ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Wednesday, March 29, 2023 9:56:10 AM
CASE NUMBER: 2023 CR 00733 Docket ID: 203853604
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO**

DIRECT

# THE STATE OF OHIO, MONTGOMERY COUNTY

2023 CR 00733

## THE COURT OF COMMON PLEAS

*(January Term in the year Two Thousand and Twenty-three)*

**MONTGOMERY COUNTY,** ss.

**THE GRAND JURORS** of the County of Montgomery, in the name, and by the authority of the State of Ohio, upon their oaths do find and present that: **NALAH T. JACKSON**, *on or about* **NOVEMBER 3, 2022** *in the County of Montgomery, aforesaid, and State of Ohio,* did knowingly obtain, possess, or use a controlled substance, to-wit: Cocaine or a compound, mixture, preparation or substance containing Cocaine in an amount which is less than five (5) grams; contrary to the form of the statute (in violation of Section 2925.11(A) of the Ohio Revised Code) in such case made and provided, and against the peace and dignity of the State of Ohio.

**SECOND COUNT:**

AND the grand jurors of this County, in the name and by the authority of the State of Ohio, upon their oaths, do find and present that: **NALAH T. JACKSON** on or about **NOVEMBER 3, 2022** in the County of Montgomery, aforesaid, and State of Ohio, did knowingly use, or possess with purpose to use, drug paraphernalia, to wit: PIPE(S); contrary to the form of the statute (in violation of Section 2925.14(C)(1) of the Ohio Revised Code) in such case made and provided, and against the peace and dignity of the State of Ohio.

Respectfully submitted,

**MATHIAS H. HECK, JR.,**
Prosecuting Attorney
Montgomery County, Ohio

By    /s/ Nicholas J. Surkala II
       Assistant Prosecuting Attorney
       Supreme Court # 0099536E

## INDICTMENT FOR:

POSSESSION OF COCAINE (less than 5 grams)   F5
DRUG PARAPHERNALIA OFFENSE   M4

## A TRUE BILL

*/s/ Laura Moran*
_____
Foreman of the Grand Jury


"**NOTICE**:  UNDER SECTION 2923.13 OF THE OHIO REVISED CODE, NO PERSON WHO IS CHARGED BY THIS INDICTMENT/INFORMATION OR CONVICTED OF THE CHARGE(S) IN THIS INDICTMENT/INFORMATION MAY KNOWINGLY ACQUIRE, HAVE, CARRY OR USE ANY FIREARM OR DANGEROUS ORDNANCE."