# FRANKLIN COUNTY SHERIFF'S OFFICE
## Routing Sheet for Correspondence

To: Chief Deputy Geoffrey Stobart       Report No: 23-292
Subject: Inmate Jackson Nala #0402395 Requesting PC
Originator: Sgt. R. Moore S96    Assignment: FCCC II C co.    Date: 22 January 2023

Sergeant: Inmate Jackson Nala #0402395 Requesting PC due to information listed on attached witness statement.

Sgt. R. Moore S96  *Sgt R Moore S96*

Lieutenant: off

Major: Copy to Class. Review in 30 Days. [initials] 1/23/22

Chief Deputy:

Human Resources:

Finance:

Admin. Chief Deputy/Sheriff:

Follow Up Remarks: I/m qualifies for PC per SP807 - see attached. Secondary updated, slating notified. Sgt Thompson S88 1/22/23

SHR-AD-34 3/13

# FRANKLIN COUNTY SHERIFF'S OFFICE
## Routing Sheet for Correspondence

To:      Chief Deputy Geoffrey Stobart
From:    Sgt. Robert Moore S96
Subject:   Inmate Jackson Nala #0402395 Requesting PC

Subject Matter Details:

Inmate Jackson Nala #0402395 Requesting PC due to information in attached witness statement.

No injuries to Staff or Deputies. No force used.

Copy of slate and witness statement to PSB.

Respectfully Submitted,

| Sgt. R. Moore | *Sgt R Moore S96* | S96 | 22 January 2023 |
|---|---|---|---|
| | Signature | Badge No. | Date |

SHR-AD-34 3/13

Inmates name & SO#: Jackson, Nalah SO# 402395

The inmates current charge/s: Kidnapping F1

The inmates custody level: 1

List as much information as possible regarding the conditions of the charge/s: **Federal felony charge of Kidnapping**

Attach a copy of the document/s used to gain the above information: https://www.dispatch.com/story/news/state/2022/12/... & WBNS news & ABC news. The Dispatch new article covers the previous child endangering arrest.

Results of internet searches for media coverage. If media coverage is found then provide a link to the page/s: **www.bing.com**

Whether or not the inmate is a sex offender, what tier they are and where they are registered: n/a

Whether or not they have been incarcerated in our jails before and if they were allowed PC previously: **n/a**

Your recommendation including the basis for your recommendation: approved

# Franklin County Sheriff's Office
## Division of Corrections
### Statement of Witness

**CONSTITUTIONAL RIGHTS**

Before we ask you any questions, you must understand your rights. (1.) You have the right to remain silent. (2.) Anything you say can be used against you in court. (3.) You have the right to talk to a lawyer for advice before we ask you any questions, and to have him present with you during questioning. (4.) If you are unable to pay a lawyer, a public defender will be appointed for you prior to any questioning, if you so desire. (5.) If you wish to answer questions now without a lawyer present, you have the right to stop answering questions at any time. (6.) You also have the right to stop answering at any time until you talk to a lawyer.

**WAIVER**

I have read the statement of my rights shown above. I understand what my rights are and I am willing to answer questions. I understand and know what I am doing. No promises or threats have been made to me, and no pressure of any kind has been used against me.

Signed this ____ day of _____, 20___, at FCCC I FCCC II (circle one) at _____ /m.
What is the highest level of education you attained? ____ Do you read and write? Yes ☐ No ☐
Do you wear glasses or contacts? Yes ☐ No ☐ Do you have a hearing problem? Yes ☐ No ☐

Witness _____
Witness _____ Signed _____
The person giving this statement is not suspected of committing a crime and was not advised of his/her rights. ☐

**STATEMENT**

I, Jackson, Nalah, do hereby make the following statement to Deputy Buck 1541 of my own free will and accord, concerning an incident at FCCC I FCCC II (circle one) on the day of 1/20, 2023, at 1512 /M.

Due to my high profile im requesting to go to PC.

I have read the above statement consisting of 1 pages and attest that it is a true and accurate account of the events which took place on 1/20, 2023. It was given by me freely and voluntarily, without fear of threat or promise of reward.

Witness _____ Signed X Nalah J.
Witness _____ Page 1 of 1 pages

SHR-CC-40 (Rev 5-2002)

Inmate Name: **JACKSON, NALAH T**   SO#: **0402395**   Booking#: **20230120050**

Sunday, January 22, 2023
6:17:53 PM

**FRANKLIN COUNTY**
**BOOKING/RELEASE CARD**



Prisoner Type: FEDERAL

| | | |
|---|---|---|
| Bin#: | Height: 5 ft 07 in | Booking Officer: BMMCDEVI |
| Age: 24 | Weight: 130 | Date/Time: 01/20/2023 3:29 PM |
| DOB: | Hair Color: BRN | Commit Officer: XXX |
| SSN: | EyeColor: BRN | Commit Agency: UNITED STATES |
| R/S: B/F | | Court Defn.#: |

Emergency Phone #: (000) 000-0000   Emergency Name:   Relationship:
Home Address:

| # | Primary Charge Description | Case # | Indict and Arraign Date: | Commit Document: | B.O. Date: |
|---|---|---|---|---|---|
| 1 | FEDERAL FELONY | HOLDER | | USM-41 | |
| 2 | DRIVING UNDER FINANCIAL LAW SUSPENSION OR C | 22TRD1484 | | ORDER IN | |
| 3 | AGGRAVATED MENACING | 22CRB1712 | | ORDER IN | |
| 4 | KIDNAPPING | 22CRA1960 | | COMPLAINT | |
| 5 | | | | | |
| 6 | | | | | |

Over 6 Cases: ☐

| # | Sentence Narrative: | Date: | Case #: | Judge: | Time-Up: |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

Over 3 Cases: ☐

---

Inmate Name: **JACKSON, NALAH T**   SO#: **0402395**   Booking#: **20230120050**

Alias Names:
JACKSON, NALAH - CALDWELL, SONCHEZZ - CALDWELL, NALAH - JACKSON, NALAH TAMIKO

Over 8 Names: ☐

| # | Hold Date/Time: | Hold by: | Hold Dept: | Hold Rem. Date/Time: | Hold Rem. By: | Hold Rem Dept: |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |

Over 3 Holds: ☐

Release:

| Date: | Case#: | Charge: | Release Authority/Judge | Turned Over To: |
|---|---|---|---|---|
| | | | | |

Release Date:   Release Time:
Turned Over To:
TOT Signature:
Release Clerk/Officer Signature:
Release Supervisor Signature:

Prisoner Type: FEDERAL   Inmate Name: **JACKSON, NALAH T**   SO#: **0402395**

| | | | | | |
|---|---|---|---|---|---|
| SO #: | 0402395 | | JACKSON, NALAH T | | Exit |
| Booking #: | 20230120050 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrest Date: | 1/20/2023 | Time: | 14:00 | Gang: ☐ | Speaks English: ☐ | Reads: ☐ Writes: ☐ |
| Arrest Agency: | UNITED STATES MARSHAL | | | Probation: ☐ | Other Language: | |
| OCA # | | | | Parole: ☐ | Auto Make/Yr: | 0 |
| Arrest Officer: | XXXX | | | Employer: NA | Auto Model/Color: | |
| OWI Offense: ☐ | Guide/Services: ☐ | | | Address: | DL State/Number: | |
| Convey Agency: | UNITED STATES MARSHAL | | | City: | License Status: | |
| Convey By: | XXX | | | State: | Zip Code: | Resident: |
| Arrest Location: | 85 MARCONI BLVD | | | Contact: | | State Id: |
| City: | COLUMBUS | | | Years: 0 | Months: 0 | Tow Company: |
| State: | | Zip Code: | | Occupation: | | Pouch Number: |
| Cross Street: | | | | Education: | | DCN: |
| | | | | School: | | CID: |
| | | | | OBTS: | | TCN: |

| Date | Time | Entered By | Remarks |
|---|---|---|---|
| 01/20/2023 | 15:30 | BRITTANY MCDEVI | ***START BOOKING 20230120050*** IN H T8, CHARGED WITH A NON BOND OFFENSE, 5029/1E1 |
| 01/20/2023 | 15:34 | BRITTANY MCDEVI | RECVD PC WITNESS STATEMENT REQUESTING PC |
| 01/20/2023 | 16:57 | HALEY SANDERS | PLEASE PLACE ON ID HOLD, I/M HAS NOT COMPLETED ID PROCESS, I/M TAKEN DIRECTLY TO FLOOR PER ID TECH MARTINEZ AUTH S109 |
| 01/21/2023 | 12:36 | VICTOR GREATHO | CASE #22/148468 UPDATED AND SCHEDULED FOR COURT. |
| 01/21/2023 | 12:49 | VICTOR GREATHO | CASE #22/17123, #22/19601 UPDATED AND SCHEDULED FOR COURT. EMAIL TO SGT RETTIG DUE TO NO WRIT ON ALL OF THE ABOVE CASES. |
| 01/21/2023 | 13:25 | VICTOR GREATHO | PLEASE REMOVE ID HOLD ... PER ID TECH COLLIER .. AUTH BY S85 |
| 01/22/2023 | 18:11 | DEBRA THOMPSO | INMATE QUALIFIES FOR PC PER SP827  REVIEW IN 30 DAYS  SGT THOMPSON S88 |

Inmates name & SO#: Jackson, Nalla SO#402395

The inmates current charge/s: Kidnapping F1

The inmates custody level: 1

List as much information as possible regarding the conditions of the charge/s: I/M HAS AN FEDERAL HOLDER FOR FELONY KIDNAPPING

Attach a copy of the document/s used to gain the above information: https://www.dispatch.com/story/news/state/2022/12/... This covers her child endangerment charges for 2021

Results of internet searches for media coverage. If media coverage is found then provide a link to the page/s: https://www.dispatch.com/story/news/state/2022/12/...
Also on WBNS 10 & ABC 6

Whether or not the inmate is a sex offender, what tier they are and where they are registered: n/a

Whether or not they have been incarcerated in our jails before and if they were allowed PC previously: yes in November 2021

Your recommendation including the basis for your recommendation: Approved